coc

FILED

08 JAN 30 AM 9:43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Jose MENDEZ-Vargas**<br><br>Defendant. | Magistrate Case No. '08 MJ 0273<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Aliens<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about **January 28, 2008**, within the Southern District of California, defendant **Jose MENDEZ-Vargas**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Griselda HERNANDEZ-Villanueva, Alberto BUSTOS-Magadan and A.B.H.**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference. .

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **30th** day of **January, 2008**.

UNITED STATES MAGISTRATE JUDGE

CDC

**PROBABLE CAUSE STATEMENT**

The complainant states that **Griselda HERNANDEZ-Villanueva, Alberto BUSTOS-Magadan** and **A.B.H** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 28, 2008, at approximately 10:40 p.m., **Jose MENDEZ-Vargas (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 1996 Chrysler Cirrus. Defendant presented for himself a Form I-551 (Permanent Resident Card) bearing the name and photograph of J E Monzon-Avila to a Customs and Border Protection (CBP) Officer and gave a negative customs declaration. The CBP Officer suspected the Defendant was an imposter to the document presented and proceeded to initiate a vehicle inspection. During the vehicle inspection, the CBP Officer discovered what appeared to be human beings concealed in trunk of the vehicle. Defendant and vehicle were escorted to secondary for further inspection.

In secondary, three individuals were extracted from the trunk of the vehicle. Further investigation revealed the three individuals to be citizens of Mexico without entitlements to enter the United States. The three individuals are now identified as material witnesses: **Griselda HERNANDEZ-Villanueva, Alberto BUSTOS-Magadan** and **A.B.H.**

During a videotaped proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted to knowing and willingly smuggling three undocumented aliens into the United States, concealed in the trunk of the vehicle. Defendant admitted he was going to be monetarily compensated approximately $1,500.00 USD for his part in the smuggling act. Defendant admitted his sole propose for entering the United States was to deliver the vehicle and concealed undocumented aliens to a gasoline station in San Ysidro, California.

On separate videotaped interviews, all material witnesses declared they are citizens of Mexico without legal rights to enter the United States. All material witness admitted they each agreed to pay a fee of $3,000.00 USD to be smuggled into the United States. Material witnesses admitted they were going to Modesto, California to live and seek employment.